CHAN DOI & LEAL LLP
TIA WELCH MAERZ, Cal. Bar No. 118817
595 Market St., Suite 1100
San Francisco, California  94105
Telephone:     (415) 281-8988
Facsimile:      (415) 281-8989
Email:            twelchmaerz@chandoilaw.com

Attorneys for Plaintiff JOSEPH TALARICO

SHEPPARD MULLIN RICHTER & HAMPTON LLP
LARA VILLARREAL HUTNER, Cal. Bar No. 178639
AMY B. NORRIS, Cal. Bar No. 201147
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:     415-434-9100
Facsimile:      415-434-3947
Email:            anorris@sheppardmullin.com

SHEPPARD MULLIN RICHTER & HAMPTON LLP
TRACEY A. KENNEDY, Cal. Bar No. 150782
333 South Hope Street, Forty-Eighth Floor
Los Angeles, California  90071
Telephone:     213-620-1780
Facsimile:      213-620-1398
Email:            tkennedy@sheppardmullin.com

FAEGRE & BENSON LLP
DANIEL C. GERHAN, Minn. Bar No. 189698, *Admitted pro hac vice*
DANIEL G. PROKOTT, Minn. Bar No. 310256, *Admitted pro hac vice*
2200 Wells Fargo Center
90 South Seventeenth Street
Minneapolis, Minnesota  55402
Telephone:     612 766-7000
Facsimile:      612 766-1600
Email:            dprokott@faegre.com

Attorneys for Defendant Buca, Inc. dba Buca Di Beppo

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH TALARICO, | Case No. C 05-4275 CRB |
|---|---|
| Plaintiff, | |
| v. | STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE |
| BUCA, INC., a corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE
MANAGEMENT CONFERENCE

1  Plaintiff Joseph Talarico ("Plaintiff") represented by his attorneys Chan, Doi & Leal,
2  LLP, and Defendant Buca, Inc. ("Defendant"), represented by its attorneys Faegre & Benson,
3  LLP and Sheppard Mullin Richter & Hampton, LLP, hereby stipulate as follows:
4      1.    The parties may all appear at the Case Management Conference presently
5  scheduled for January 27, 2006, at 8:30 a.m. by telephonic appearance.
6      2.    This stipulation may be signed in counterparts.
7      3.    Signatures to this Stipulation submitted via facsimile are deemed effective as
8  original signatures.
9      IT IS SO STIPULATED:
10
11  January 18, 2006        CHAN DOI & LEAL LLP
12
13                                         /s/ Tia Welch Maerz
14                                  TIA WELCH MAERZ
                                Attorneys for Plaintiff
15                                  JOSEPH TALARICO
16  January 18, 2006        FAEGRE & BENSON LLP
17
18                                       /s/ Daniel G. Prokott
                                DANIEL G. PROKOTT
19                                  Attorneys for Defendant
                                BUCA DI BEPPO
20
21  January 18, 2006        SHEPPARD MULLIN RICHTER & HAMPTON LLP
22
23                                     /s/ Amy B. Norris
                                AMY B. NORRIS
24                                  Attorneys for Defendant
25                                  BUCA DI BEPPO

M1:1284742.01
26                                  January 19, 2006
27
28

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE